United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 19-12812-amc
Carol Ann Houser                                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS           Page 1 of 2              Date Rcvd: Aug 13, 2019
                              Form ID: 152             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2019.
```
db            +Carol Ann Houser,    5355 Monocacy Drive,    Bethlehem, PA 18017-9111
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +BAYVIEW LOAN SERVICING, LLC,     C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
               8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
14320206      +BAYVIEW LOAN SERVICING, LLC A,    DELAWARE LIMITED LIABILITY COMPANY,
               c/o Jill Manuel-Coughlin, Esquire,    8 Neshaminy Interplex, Suite 215,
               Trevose, PA 19053-6980
14317568      +CASCADE FUNDING MORTGAGE TRUST 2017-1,    1140 AVENUE OF THE AMERICAS 7TH FLOOR,
               NEW YORK, NY 10036-5803
14354823      +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14333299      +Cascade Funding Mortgage Trust 2017-1 c/o Kevin G.,    KML Law Group , P.C.,    701 Market Street,
               Suite 5000,    Philadelphia, PA 19106-1541
14317569      +FV-I INC.,    1585 BROADWAY,    NEW YORK, N.Y. 10036-8200
14317570      +MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,    1585 Broadway Lower B,
               New York, N .Y. 10036-8200
14347580      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2019 03:15:07
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 14 2019 03:15:23     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:16:18     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14354758       E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 14 2019 03:15:23
                Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                Coral Gables, FL, 33146-1837
14327748       E-mail/Text: bkr@cardworks.com Aug 14 2019 03:14:29       MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14354845       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 14 2019 03:16:47
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14348427       E-mail/Text: bnc-quantum@quantum3group.com Aug 14 2019 03:14:49
                Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                Kirkland, WA  98083-0788
14318478      +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2019 03:15:55     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 8
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: BarbaraS            Page 2 of 2            Date Rcvd: Aug 13, 2019
                              Form ID: 152              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2019 at the address(es) listed below:

```
              HARRY B. REESE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KEVIN G. MCDONALD    on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
               Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Carol Ann Houser
    Debtor(s)

Case No: 19−12812−amc
Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/17/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

28
Form 152