United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carol Ann Houser  
    Debtor

Case No. 19-12812-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Yvette    Page 1 of 1    Date Rcvd: Oct 11, 2019  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2019.
db          +Carol Ann Houser,    5355 Monocacy Drive,    Bethlehem, PA 18017-9111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2019          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2019 at the address(es) listed below:
       HARRY B. REESE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
       JILL MANUEL-COUGHLIN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com  
       KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com  
       ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
       SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
     TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: Carol Ann Houser　　　　　　　　　:　　　　Chapter 7

　　　　　　　Debtor(s)　　　　　　　　　:　　　　Bankruptcy No. 19-12812

## NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

1. This matter is reassigned to the calendar of the Honorable Magdeline D. Coleman from the calendar of the Honorable Ashely M. Chan.

Dated: October 11, 2019

　　　　　　　　　　　　　　　　　　　　FOR THE COURT

　　　　　　　　　　　　　　　　　　　　TIMOTHY B. MCGRATH
　　　　　　　　　　　　　　　　　　　　CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee