United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 19-12812-mdc
Carol Ann Houser                                                                Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: dlv              Page 1 of 2           Date Rcvd: Oct 17, 2019
                              Form ID: 309A           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2019.
db              +Carol Ann Houser,   5355 Monocacy Drive,   Bethlehem, PA 18017-9111
smg             +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg              City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg             +Dun & Bradstreet, INC.,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg             +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg             +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14320206        +BAYVIEW LOAN SERVICING, LLC A,   DELAWARE LIMITED LIABILITY COMPANY,
                 c/o Jill Manuel-Coughlin, Esquire,   8 Neshaminy Interplex, Suite 215,
                 Trevose, PA 19053-6980
14317568        +CASCADE FUNDING MORTGAGE TRUST 2017-1,   1140 AVENUE OF THE AMERICAS 7TH FLOOR,
                 NEW YORK, NY 10036-5803
14354823        +Cascade Funding Mortgage Trust 2017-1,   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
14333299        +Cascade Funding Mortgage Trust 2017-1 c/o Kevin G.,   KML Law Group , P.C.,   701 Market Street,
                 Suite 5000,   Philadelphia, PA 19106-1541
14317569        +FV-I INC.,   1585 BROADWAY,   NEW YORK, N.Y. 10036-8200
14317570        +MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,   1585 Broadway Lower B,
                 New York, N .Y. 10036-8200
14347580        +Mariner Finance, LLC,   8211 Town Center Drive,   Nottingham, MD 21236-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QLEFELDMAN.COM Oct 18 2019 07:33:00     LYNN E. FELDMAN,   Feldman Law Offices PC,
                 221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 18 2019 03:42:28
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: uaspae.bankruptcynotices@usdoj.gov Oct 18 2019 03:42:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Oct 18 2019 03:42:30     United States Trustee,
                 Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14354758         E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 18 2019 03:42:41
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL, 33146-1837
14327748         EDI: MERRICKBANK.COM Oct 18 2019 07:33:00     MERRICK BANK,   Resurgent Capital Services,
                 PO Box 10368,   Greenville, SC 29603-0368
14327748         E-mail/PDF: MerrickBKNotifications@Resurgent.com Oct 18 2019 03:48:19     MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
14354845         EDI: PRA.COM Oct 18 2019 07:33:00     Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
14348427         EDI: Q3G.COM Oct 18 2019 07:33:00     Quantum3 Group LLC as agent for,
                 Velocity Investments LLC,   PO Box 788,   Kirkland, WA  98083-0788
14318478        +EDI: RMSC.COM Oct 18 2019 07:23:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2019                         Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: dlv              Page 2 of 2          Date Rcvd: Oct 17, 2019
                              Form ID: 309A          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2019 at the address(es) listed below:
              HARRY B. REESE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC harry.reese@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
                aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC jill@pkallc.com,
                chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
                ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KEVIN G. MCDONALD    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
                bkgroup@kmllawgroup.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
                ecfmail@readingch13.com,    ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
                ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                     TOTAL: 7

## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Carol Ann Houser** | Social Security number or ITIN  **xxx–xx–6049** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Pennsylvania** | | Date case filed in chapter  **13**    **5/1/19** |
| Case number:  **19–12812–mdc** | | Date case converted to chapter  **7**    **10/10/19** |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | Carol Ann Houser | | |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 5355 Monocacy Drive Bethlehem, PA 18017 | | |
| 4. | Debtor's attorney Name and address | Carol Ann Houser 5355 Monocacy Drive Bethlehem, PA 18017 | | Contact phone _____  Email: NONE |
| 5. | Bankruptcy trustee Name and address | LYNN E. FELDMAN Feldman Law Offices PC 221 N. Cedar Crest Blvd. Allentown, PA 18104 | | Contact phone (610) 530–9285  Email: trustee.feldman@rcn.com |

**For more information, see page 2 >**

Debtor **Carol Ann Houser**

| | | |
|---|---|---|
| **6.  Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 10/17/19 |
| **7.  Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 20, 2019 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Allentown Federal Courthouse, 504 W. Hamilton Street, Room #1610, First Floor, Allentown, PA 18101** |
| **8.  Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.  Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br><br>**You must file a complaint:**<br>•  if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>•  if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>•  if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 1/19/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |