United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 19-12812-mdc
Carol Ann Houser                                                       Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: DonnaR      Page 1 of 1      Date Rcvd: Dec 05, 2019
                      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2019.
db         +Carol Ann Houser,   5355 Monocacy Drive,   Bethlehem, PA 18017-9111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2019 at the address(es) listed below:
        HARRY B. REESE   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        JILL MANUEL-COUGHLIN   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
        KEVIN G. MCDONALD   on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor   Specialized Loan Servicing LLC as servicer for Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
        LYNN E. FELDMAN   trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Specialized Loan Servicing LLC as servicer for Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
        ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Carol Ann Houser | | CHAPTER 7 |
| Debtor(s) | | |
| Specialized Loan Servicing LLC as servicer for Cascade Funding Mortgage Trust 2017-1 | | NO. 19-12812 MDC |
| Movant | | |
| vs. | | |
| Carol Ann Houser | | 11 U.S.C. Section 362 |
| Debtor(s) | | |
| Lynn E. Feldman | | |
| Trustee | | |

## ORDER

AND NOW, this 4th day of December, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 5355 Monocacy Drive, Bethlehem, PA 18017 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge