*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Carol Ann Houser
    Debtor(s)

Case No: 19–12812–mdc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion by Carol Ann Houser Seeking Reconsideration.

    on: 1/8/20

    at: 12:30 PM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 12/10/19

Timothy B. McGrath
Clerk of Court

52 – 51
Form 167