# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Carol Ann Houser | : | Chapter: 7 |
| | : | |
| Debtor(s) | : | Bankruptcy No.: 19-12812 MDC |
| | : | |
| | : | |

## NOTICE OF DEFICIENCY

PLEASE TAKE NOTE:

The above referenced Debtor has failed to appear at two (2) scheduled §341 Meetings of Creditors on 11/20/19 & 12/16/19.

ANDREW R. VARA
Acting United States Trustee

By: */s/ Maria Borgesi*
   Maria Borgesi
   Paralegal