### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Carol Ann Houser, | : | |
| Debtor. | : | Bankruptcy No.  19-12812-MDC |

## ORDER TO SHOW CAUSE WHY
## DEBTOR'S CASE SHOULD NOT BE DISMISSED

**AND NOW**, the docket reflecting that the Debtor has failed to appear at two scheduled §341 Meeting of Creditors on November 20, 2019 and December 16, 2019.

It is hereby **ORDERED** that a hearing shall be held on **January 22, 2020, at 12:30 p.m.**, in the **Courtroom 1, The Madison Building, 3rd Floor, 400 Washington Street, Reading, Pennsylvania**, to consider whether this bankruptcy case should be dismissed.  *See* 11 U.S.C. §§ 105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice or hearing.

Dated:  December 23, 2019

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Carol Ann Houser
5355 Monocacy Drive
Bethlehem, PA 18017

Lynn E. Feldman, Esquire
Feldman Law Office PC
221 N. Cedar Crest Boulevard
Allentown, PA 18104

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912