United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Carol Ann Houser
    Debtor

Case No. 19-12812-mdc
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: DonnaR     Page 1 of 1     Date Rcvd: Dec 23, 2019
Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2019.
db         +Carol Ann Houser,   5355 Monocacy Drive,   Bethlehem, PA 18017-9111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2019 at the address(es) listed below:
      HARRY B. REESE   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC harry.reese@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      JILL MANUEL-COUGHLIN   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
      KEVIN G. MCDONALD   on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD   on behalf of Creditor   Specialized Loan Servicing LLC as servicer for Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
      LYNN E. FELDMAN   trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Specialized Loan Servicing LLC as servicer for Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
      ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
      SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                          TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| Carol Ann Houser, | : | |
| Debtor. | : | Bankruptcy No. 19-12812-MDC |

**ORDER TO SHOW CAUSE WHY**
**DEBTOR'S CASE SHOULD NOT BE DISMISSED**

**AND NOW**, the docket reflecting that the Debtor has failed to appear at two scheduled §341 Meeting of Creditors on November 20, 2019 and December 16, 2019.

It is hereby **ORDERED** that a hearing shall be held on **January 22, 2020, at 12:30 p.m.**, in the **Courtroom 1, The Madison Building, 3rd Floor, 400 Washington Street, Reading, Pennsylvania**, to consider whether this bankruptcy case should be dismissed. *See* 11 U.S.C. §§ 105(a), 707(a).

It is **FURTHER ORDERED** that if the Debtor fails to appear at the hearing scheduled above, this case may be dismissed without further notice or hearing.

Dated: December 23, 2019

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Carol Ann Houser
5355 Monocacy Drive
Bethlehem, PA 18017

Lynn E. Feldman, Esquire
Feldman Law Office PC
221 N. Cedar Crest Boulevard
Allentown, PA 18104

United States Trustee
Custom House
200 Chestnut Street, Suite 502
Philadelphia, PA 19106-2912