*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Carol Ann Houser
    Debtor(s)

Case No: 19−12812−mdc
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion to Reconsider Order on Motion For Relief From Stay Filed by Carol Ann Houser Represented by Self.

**DEBTOR MUST APPEAR**

on: 1/22/20

at: 12:30 PM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 1/8/20

Timothy B. McGrath
Clerk of Court

60 − 51
Form 167