United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carol Ann Houser  
    Debtor

Case No. 19-12812-mdc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: DonnaR     Page 1 of 2     Date Rcvd: Jan 23, 2020  
                       Form ID: pdf900     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.
```
db             +Carol Ann Houser,    5355 Monocacy Drive,    Bethlehem, PA 18017-9111
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +BAYVIEW LOAN SERVICING, LLC,    C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
14320206       +BAYVIEW LOAN SERVICING, LLC A,    DELAWARE LIMITED LIABILITY COMPANY,
                 c/o Jill Manuel-Coughlin, Esquire,    8 Neshaminy Interplex, Suite 215,
                 Trevose, PA 19053-6980
14317568       +CASCADE FUNDING MORTGAGE TRUST 2017-1,    1140 AVENUE OF THE AMERICAS 7TH FLOOR,
                 NEW YORK, NY 10036-5803
14354823       +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14333299       +Cascade Funding Mortgage Trust 2017-1 c/o Kevin G.,    KML Law Group , P.C.,    701 Market Street,
                 Suite 5000,    Philadelphia, PA 19106-1541
14317569       +FV-I INC.,    1585 BROADWAY,    NEW YORK, N.Y. 10036-8200
14317570       +MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,    1585 Broadway Lower B,
                 New York, N .Y. 10036-8200
14347580       +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2020 03:06:41
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2020 03:06:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 03:05:47     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14354758        E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 24 2020 03:06:47
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL, 33146-1837
14327748        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 24 2020 03:05:28     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14354845        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2020 03:06:09
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14348427        E-mail/Text: bnc-quantum@quantum3group.com Jan 24 2020 03:06:30
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14318478       +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2020 03:06:10     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```
             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4                  User: DonnaR                 Page 2 of 2                  Date Rcvd: Jan 23, 2020
                                      Form ID: pdf900              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2020 at the address(es) listed below:
          HARRY B. REESE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC harry.reese@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.raynor-paul@pkallc.com;sarah.mccaffery@powerskirn.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com;mary.raynor-paul@pkallc.com;sarah.mccaffery@powerskirn.com
          KEVIN G. MCDONALD    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
           Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,    lfeldman@ecf.axosfs.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
           Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re

Carol Ann Houser                                           Chapter 7

      Debtor(s)

                                                  Bankruptcy No. 19-12812-mdc

## ORDER

AND NOW, this 22nd day of January, 2020 is

1.*( )   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )   ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )   ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( X )  ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )   ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED, and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )   ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

                                                  Chief Judge Magdeline D. Coleman

Dated: 1/22/2020                       United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm