United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Carol Ann Houser
       Debtor

Case No. 19-12812-mdc
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv         Page 1 of 1        Date Rcvd: Feb 06, 2020
                      Form ID: 232       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2020.
db          +Carol Ann Houser,   5355 Monocacy Drive,   Bethlehem, PA 18017-9111
cr          +BAYVIEW LOAN SERVICING, LLC,   C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
          8 NESHAMINY INTERPLEX DRIVE SUITE 215,   TREVOSE, PA 19053-6980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2020 03:14:21      Synchrony Bank,
          c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                   TOTAL: 1

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2020                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2020 at the address(es) listed below:
        HARRY B. REESE   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@powerskirn.com
        JILL MANUEL-COUGHLIN   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC
        bankruptcy@powerskirn.com
        KEVIN G. MCDONALD   on behalf of Creditor   Specialized Loan Servicing LLC as servicer for
        Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
        KEVIN G. MCDONALD   on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1
        bkgroup@kmllawgroup.com
        LYNN E. FELDMAN   trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Cascade Funding Mortgage Trust 2017-1
        bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ   on behalf of Creditor   Specialized Loan Servicing LLC as servicer for
        Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
        ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
        ECFMail@ReadingCh13.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                      TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Carol Ann Houser

Debtor(s)                                                  Bankruptcy No: 19–12812–mdc

                                                           Chapter: 7

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

<u>Carol Ann Houser</u> has filed Motion to Reconsider Dismissal with the court.

1. <u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before <u>February 20, 2020</u> you or your attorney must file a response to the Motion. (*see Filing Instructions below*).

3. A hearing on the Motion is scheduled to be held on , at in

Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408– 2800 and for Reading cases at 610–208–5040 to find out  whether the hearing  has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the movant whose name and address is listed on this Notice.

Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005–1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:
United States Bankruptcy Court
The Gateway Building, 201 Penn Street, Suite 103 Reading, PA 19601

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant:

[Movant name]  Carol Ann Houser

[Address] 5355 Monocacy Drive Bethlehem, PA 18017

[Phone  No.]

[Fax  No.]

[E–mail address]

[If applicable, name and address of others to be served.]

 Dated: 2/6/20

67 – 66
Form 232