United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12812-mdc
Carol Ann Houser                                                        Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                  Page 1 of 1              Date Rcvd: Feb 07, 2020
                              Form ID: 232               Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.
db         +Carol Ann Houser,   5355 Monocacy Drive,   Bethlehem, PA 18017-9111
cr         +BAYVIEW LOAN SERVICING, LLC,   C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
             8 NESHAMINY INTERPLEX DRIVE SUITE 215,   TREVOSE, PA 19053-6980

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2020 03:07:43     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
     HARRY B. REESE    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@powerskirn.com
     JILL  MANUEL-COUGHLIN    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
      bankruptcy@powerskirn.com
     KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
      Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
     KEVIN G. MCDONALD    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
      bkgroup@kmllawgroup.com
     LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
     REBECCA ANN SOLARZ    on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
      bkgroup@kmllawgroup.com
     REBECCA ANN SOLARZ    on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
      Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
     ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
      ecfmail@readingch13.com
     SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
      ECFMail@ReadingCh13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Carol Ann Houser

    Debtor(s)                                   Bankruptcy No: 19–12812–mdc

                                             Chapter: 7

## NOTICE OF MOTION, RESPONSE DEADLINE
## AND HEARING DATE

Carol Ann Houser has filed Motion to Reconsider Dismissal (Amended Notice to reflect hearing date/time) with the court.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before February 21, 2020 you or your attorney must file a response to the Motion. (*see Filing Instructions below*).

3. A hearing on the Motion is scheduled to be held on 2/26/20 , at 12:30 PM in 201 Penn Street, 4th Floor, Reading, PA 19601

Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408– 2800 and for Reading cases at 610–208–5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the movant whose name and address is listed on this Notice.

Filing Instructions

7. If you are required to file documents electronically by Local Bankruptcy Rule 5005–1, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at:
United States Bankruptcy Court
The Gateway Building, 201 Penn Street, Suite 103 Reading, PA 19601

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant:

[Movant name]  Carol Ann Houser

[Address] 5355 Monocacy Drive Bethlehem, PA 18017

[Phone No.]

[Fax No.]

[E−mail address]

[If applicable, name and address of others to be served.]

Dated: 2/7/20

68 – 66
Form 232