*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Carol Ann Houser
    Debtor(s)

Case No: 19–12812–mdc
Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion to Reconsider Dismissal of Case and Proof of Service Filed by Carol Ann Houser Represented by Self.

**Court Address Changed**

on: 2/26/20

at: 12:30 PM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date: 2/18/20

Timothy B. McGrath
Clerk of Court

71 – 66
Form 167