United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-12812-mdc
Carol Ann Houser                                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR        Page 1 of 2          Date Rcvd: Feb 18, 2020
                        Form ID: 167       Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 20, 2020.
db             +Carol Ann Houser,    5355 Monocacy Drive,    Bethlehem, PA 18017-9111
cr             +BAYVIEW LOAN SERVICING, LLC,    C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE,
                 8 NESHAMINY INTERPLEX DRIVE SUITE 215,    TREVOSE, PA 19053-6980
14320206       +BAYVIEW LOAN SERVICING, LLC A,    DELAWARE LIMITED LIABILITY COMPANY,
                 c/o Jill Manuel-Coughlin, Esquire,    8 Neshaminy Interplex, Suite 215,
                 Trevose, PA 19053-6980
14317568       +CASCADE FUNDING MORTGAGE TRUST 2017-1,    1140 AVENUE OF THE AMERICAS 7TH FLOOR,
                 NEW YORK, NY 10036-5803
14354823       +Cascade Funding Mortgage Trust 2017-1,    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14333299        Cascade Funding Mortgage Trust 2017-1 c/o Kevin G.,    KML Law Group , P.C.,   701 Market Street,
                 Suite 5000,   Philadelphia, PA 19106-1541
14317569       +FV-I INC.,    1585 BROADWAY,   NEW YORK, N.Y. 10036-8200
14317570       +MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC,    1585 Broadway Lower B,
                 New York, N .Y. 10036-8200
14347580        Mariner Finance, LLC,    8211 Town Center Drive,   Nottingham, MD 21236-5904

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2020 18:18:51      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14354758       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Feb 18 2020 18:17:19
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, FL 33146-1873
14327748        E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 18 2020 18:18:15     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14354845        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 18 2020 18:18:14
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14348427        E-mail/Text: bnc-quantum@quantum3group.com Feb 18 2020 18:16:50
                 Quantum3 Group LLC as agent for,    Velocity Investments LLC,   PO Box 788,
                 Kirkland, WA 98083-0788
14318478       +E-mail/PDF: gecsedi@recoverycorp.com Feb 18 2020 18:18:50      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 18, 2020 at the address(es) listed below:
          HARRY B. REESE   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@powerskirn.com
          JILL  MANUEL-COUGHLIN   on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC
           bankruptcy@powerskirn.com
          KEVIN G. MCDONALD   on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD   on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
           Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
          LYNN E. FELDMAN    trustee.feldman@rcn.com,   lfeldman@ecf.axosfs.com
          REBECCA ANN SOLARZ   on behalf of Creditor    Cascade Funding Mortgage Trust 2017-1
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor    Specialized Loan Servicing LLC as servicer for
           Cascade Funding Mortgage Trust 2017-1 bkgroup@kmllawgroup.com
```

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Feb 18, 2020
                              Form ID: 167             Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ecfmail@readingch13.com
        SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
         ECFMail@ReadingCh13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                         TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Carol Ann Houser
    Debtor(s)                          Case No: 19–12812–mdc
                                          Chapter: 7

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Motion to Reconsider Dismissal of Case and Proof of Service Filed by Carol Ann Houser Represented by Self.

**Court Address Changed**

on: 2/26/20

at: 12:30 PM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

Date: 2/18/20

For The Court

Timothy B. McGrath
Clerk of Court

71 – 66
Form 167